Dismissed and Memorandum Opinion filed June 15, 2006









Dismissed and Memorandum Opinion filed June 15, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00074-CV

____________

 

ENVIROASSETS, L.L.C. and
ENVIROGISTICS, L.P., Appellants

 

V.

 

SOUTHWEST
SHIPYARD, L.P. and SEATTLE SHIPYARD, L.L.C., Appellees

 



 

On Appeal from the
11th District Court

Harris County, Texas

Trial Court Cause
No.
04-39586

 



 

M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed January
7, 2005.  On June 5, 2006, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 15, 2006.

Panel consists of Justices Anderson, Edelman and
Frost.